# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YUN KYUNG LEE, | |
| Plaintiff, | Case No.: 1:23-cv-15732 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 5, 2023 at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Andrea R. Wood, of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

The call−in number is (888) 557−8511 and the access code is 3547847.

DATED: December 1, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

                                       /s/ *Keith A. Vogt*
                                       Keith A. Vogt