## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| YUN KYUNG LEE, | |
| Plaintiff, | Case No.: 1:23-cv-15732 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, January 11, 2024, at 9:15 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Andrea R. Wood of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: December 27, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Yun Kyung Lee and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                             /s/ *Keith A. Vogt*
                                             Keith A. Vogt, Esq.