IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YUN KYUNG LEE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15732

Judge Andrea R. Wood

Magistrate Judge Gabriel A. Fuentes

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 176 | Wenini Store |
| 19 | daimofs |
| 132 | lililieee |
| 100 | XIAOYOUZI |
| 173 | Brglopf |
| 64 | xuyinhao123 |
| 119 | yoyoto |
| 112 | Qiaoerde |
| 78 | Seasonal Tablecloth Decor |
| 81 | aona fun store |
| 163 | LUOXI STORE |
| 66 | caiyougongmei |
| 57 | ZRCWXFP Carpet |
| 154 | ZCLRUG |
| 160 | Carpet Monopoly |
| 65 | guohanyinshua |
| 149 | wvalaxyw |
| 96 | W6Design |
| 86 | Qin.Orianna |
| 168 | YanHoo |
| 125 | CIMIN STORE |
| 89 | YJSMZXD |

| | |
|---|---|
| 115 | Kaariok |
| 122 | KAAVIYO |
| 62 | WEIXINGMAOYI |
| 24 | Cbcbtwo |
| 50 | DUEIG(7-15 Days Delivery) |
| 182 | Ecqkame Co. ltd |
| 6 | lianmingli |
| 10 | Womens Clothing✈7-14Days Delivery |
| 14 | Limited time deal ,lcepcy |
| 18 | AnopHj |
| 43 | OFF 78% US Favorite Clothes Store |
| 45 | zeweima |
| 117 | ChenShanHeZeChenShan |
| 104 | JHKKU-M |
| 106 | Sletend-V |
| 128 | Sletend |
| 108 | hongtao-1 |
| 109 | Lijuanjuan-1 |
| 110 | hongchaodong |
| 111 | lichengzhi2023 |
| 83 | liu2020bin1 |
| 54 | Nagub |

DATED:  January 3, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 3, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt