IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YUN KYUNG LEE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15732

Judge Andrea R. Wood

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 167 | Honeeladyy |
| 169 | Qonioi |
| 170 | YANHAIGONG |
| 171 | F W Clothing |
| 172 | Viwoeim |
| 174 | Zunfeo Co.Ltd |
| 175 | KBKYBUYZ |
| 181 | absuyy LLC |
| 5 | Lmdudan |
| 8 | wmjolc |
| 15 | Oggfader US Direct(7-15 Days Arrive) |
| 16 | Generic top |
| 17 | anxleISt |
| 20 | Generic US Women Fashion Clothing |
| 21 | Kinple Store |
| 22 | ZCVBOCZ |
| 23 | FeuYiinxg-US（✈7-12 days delivery） |
| 25 | DOLKFU Direct |
| 26 | LRMQS online store |
| 28 | Tuianres Fashion US |
| 30 | new-new |
| 31 | Geeun |

| | |
|---|---|
| 32 | KCaHFO✈✈10-15Days Delivery |
| 33 | LMSXCT |
| 34 | Muscularlit US |
| 35 | Mnhhatv1 |
| 37 | erdiore Shops |
| 42 | BZGTZT |
| 46 | Dademeo |
| 48 | manmaxiaowanzi |
| 156 | Shoprugus |
| 158 | NewGdecor |
| 185 | YISKO |
| 103 | hailunshi chuangfeng shangmao Ltd |
| 126 | Zha Qiyong |
| 180 | JURANMO Clothing Clearance |
| 107 | zhihuazheng |
| 102 | dingchuang |
| 118 | SUABO |
| 123 | PINKUMA |
| 29 | deals of the day. |

DATED:  January 10, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

*ATTORNEY FOR PLAINTIFF*

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                  */s/ Keith A. Vogt*
                  Keith A. Vogt